AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Virginia

**UNDER SEAL**

JUN -8 2012

| United States of America | ) |
|---|---|
| v. | ) |
| HUONG THI THUY NGUYEN | ) Case No. 1:12MJ382 |
| | ) |
| | ) |
| Defendant | ) |

RECEIVED UNITED STATES MARSHAL
2012 JUN -8  AM 9:42
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    HUONG THI THUY NGUYEN                                                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
unlawfully, knowingly, and intentionally conducting, financing, managing, supervising, directing, and owning all or part of an illegal gambling business, in violation if Title 18, United States Code, Section 1955.


Date: 06/07/2012

/s/ John F. Anderson
United States Magistrate Judge

City and state:    Alexandria, Virginia

---

### Return

This warrant was received on *(date)* 6/8/12, and the person was arrested on *(date)* 6/8/12
at *(city and state)* Falls Church, VA.

Date: 6/8/12

SA Michael T. Adkins
*Arresting officer's signature*

Michael T. Adkins, Special Agent
*Printed name and title*